Robert B. Jobe (State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 956-0850
Email: federal@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DARSHANA BALI,<br><br>Plaintiff,<br><br>v.<br><br>DEAN R. THOMPSON, et al.<br><br>Defendants. | No. 3:13-cv-02363-MEJ<br><br>PLAINTIFF'S NOTICE OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff requests that her complaint currently pending before the Court be dismissed without prejudice. Because the Defendants have corrected her status to that of a lawful permanent resident, this action is moot. Parties to bear their own costs.

//

//

//

//

WHEREFORE, Plaintiff prays that this Court allow her to voluntarily dismiss her complaint.

Dated: July 12, 2013

Respectfully submitted,

LAW OFFICE OF ROBERT JOBE

/s/ Robert B. Jobe

Robert B. Jobe
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513 phone
(415) 840-0308 fax
Attorney for Petitioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Maria-Elena James

DATED: 7/12/2013